UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                   )
ROGER and ELISE MURRAY,            )
                                   )   No. C12-1854RSL
                Plaintiffs,        )
       v.                          )
                                   )   ORDER GRANTING IN PART
SOUTHERN ROUTE MARITIME, S.A.,     )   PLAINTIFF'S MOTION TO EXCLUDE
*et al.*,                          )   EXPERT TESTIMONY
                                   )
                Defendants.        )
_____)

This matter comes before the Court on "Plaintiffs' Rule 37(c) Motion for Failure to Disclose." Dkt. # 36. Having reviewed the memoranda, declarations, and exhibits submitted by the parties, the Court finds as follows:

Pursuant to the case management schedule issued by the Court on February 28, 2013, and Fed. R. Civ. P. 26(a)(2), the parties were to disclose and provide reports on or before March 12, 2014, for "any witness [they] may use at trial to present" expert testimony. By operation of Fed. R. Civ. P. 26(a)(2)(D)(ii), "if the evidence is intended solely to contradict or rebut evidence" offered by another party's expert, the disclosures and reports were due on April 11, 2014. Defendants chose not to provide expert reports on March 12, 2014, and plaintiffs promptly moved to exclude the testimony of the three experts defendants identified. After the briefing in this matter closed, defendants timely provided rebuttal expert reports. Dkt. # 57.

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO EXCLUDE EXPERT TESTIMONY

1          The experts offered in rebuttal will be restricted "solely" to rebutting or
2 contradicting the expert testimony and opinions offered by the experts plaintiffs disclosed on
3 March 12, 2014.  The rebuttal experts may not put forth their own theories or opinions regarding
4 the cause or extent of Mr. Murray's injuries or his associated damages.  These issues were long
5 part of this litigation, and if defendants had expert testimony that would support a favorable
6 story line, the testimony should have been disclosed in a report on March 12, 2014, so that
7 plaintiff would have an opportunity to develop rebuttal testimony.  Having foregone the
8 opportunity to submit initial expert reports, the testimony of defendants' experts will be limited
9 to explaining why the theories and opinions offered by plaintiffs' experts are unsound.

11          For all of the foregoing reasons, plaintiffs' motion to exclude expert witnesses is
12 GRANTED in part and DENIED in part.

14          Dated this 23rd day of April, 2014.

                                   /s/ Robert S. Lasnik
                                   Robert S. Lasnik
                                   United States District Judge

ORDER GRANTING IN PART PLAINTIFF'S
MOTION TO EXCLUDE EXPERT TESTIMONY     -2-